Alan J. **BAKER and Larry Baker,**
**Trustees of the Baker Family**
**Trust, Appellants,**

v.

**BOARD OF BUILDING APPEALS OF**
**the CITY OF UNIVERSITY CITY,**
**Missouri, Respondent.**

**No. ED 80758.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 24, 2002.

Irwin M. Roitman, St. Louis, MO, for appellant.

John F. Mulligan, Jr., Clayton, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Alan J. Baker and Larry Baker, as trustees of the Baker Family Trust, appeal

from the circuit court's judgment affirming a decision by the University City Board of Appeals that affirmed a condemnation order issued by the University City Building Commissioner. No error of law appears. An opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).